**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMINDER SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br><br>    Defendant.<br>_____/ | No. C 08-04337 JSW<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE** |

The Court HEREBY GRANTS Plaintiff's request for a continuance of the case management conference. The case management conference is hereby continued from January 23, 2009 at 1:30 p.m. to **March 13, 2009 at 1:30 p.m.** Case management statements are due to be filed no later than March 6, 2009. Plaintiff, appearing *pro se*, is required to serve Defendant with the complaint and this Order by no later than **January 30, 2009**, with proof of such service to be filed with the Court no later than February 2, 2009.

**IT IS SO ORDERED.**

Dated: January 22, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GURMINDER SINGH,

    Plaintiff,

v.

JOHN E POTTER et al,

    Defendant.

Case Number: CV08-04337 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gurminder Singh
2652 Darwin Street
Hayward, CA 94544

Dated: January 22, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk