| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
|   | Chief, Civil Division |
| 3 | ELLEN M. FITZGERALD (NY 2408805) |
|   | Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, CA 94102-3495 |
| 5 | Tel:  (415) 436-7314 |
|   | Fax: (415) 436-6748 |
| 6 | E-mail: ellen.fitzgerald@usdoj.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GURMINDER SINGH, | ) | Case No.  C 08-4337 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | ADMINISTRATIVE MOTION FOR |
| | ) | CONTINUANCE OF INITIAL |
| | ) | CASE MANAGEMENT CONFERENCE |
| JOHN E. POTTER, POSTMASTER | ) | |
| GENERAL, U.S. POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

The Court hereby GRANTS defendant's request for a continuance of the initial case management conference.  The case management conference is hereby continued from March 13, 2009 to  May 1 , 2009 at 1:30 PM.  Case management conference statements are due to be filed no later than  April 24 , 2009.

IT IS SO ORDERED.

DATED: March 12 , 2009

_____
HON. JEFFERY S. WHITE
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE
Case No. C 08-4337 JSW