1  JOSEPH P. RUSSONIELO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  THOMAS R. GREEN (CABN 203480)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone:    (415) 436-7314
   Facsimile:    (415) 436-6748
6  thomas.green@usdoj.gov

7  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 GURMINDER SINGH,                    )    No. 08-04337 EDL
                                       )
12              Plaintiff,             )
                                       )
13         v.                          )    **STIPULATION AND [PROPOSED]**
                                       )    **ORDER TO EXTEND CASE**
14 JOHN E. POTTER, POSTMASTER          )    **DEADLINES** AS AMENDED
   GENERAL, U.S. POSTAL SERVICE,       )
15                                     )
                Defendant.             )
16

17

18

19

20

21

22

23

24

25

26

27

28

1    The parties jointly request that the present deadlines be extended in this matter by 90

2    days.  The parties offer this joint stipulation in support of their request.  If the Court prefers to

3    discuss scheduling matters at a case management conference, the parties request the Court set a

4    course management conference in November 2009.

5    WHEREAS, Plaintiff did not retain counsel to represent him until after he filed the

6    original complaint in this matter;

7    WHEREAS, Plaintiff did not file his Amended Complaint until September 1, 2009 and

8    Defendant did not answer the Complaint until September 14, 2009, less than a year prior to the

9    current trial date of September 7, 2010;

10    WHEREAS, Plaintiff's counsel has been busy tending to the health of her mother;

11    WHEREAS, this matter has been reassigned to new Assistant United States Attorney,

12    Thomas R. Green, who is scheduled to attend a mandatory training program in South Carolina

13    for the last two weeks of October; and

14    WHEREAS, the parties have begun to discuss settlement, are working diligently to

15    prepare this case for trial in the absence of a settlement, but require more time to conduct the

16    mediation and prepare for trial.

17    The parties stipulate to the following new case deadlines:

18    1.    Mediation                      January 26, 2010

19    2.    Fact Discovery                 April 30, 2010

20    3.    Initial Expert Disclosure      May 7, 2010

21    4.    Rebuttal Expert Disclosure     May 21, 2010

22    5.    Expert Discovery               June 4, 2010

23    6.    Dispositive Motion Filing      July 13, 2010

24    7.    Dispositive Motion Hearing     August 17, 2010

25    8.    Pretrial Conference            November 16, 2010

26    9.    Trial                          December 7, 2010

27

28

It is so stipulated, through counsel of record.

1

2   DATED: September 30, 2009          Respectfully submitted,
                                       JOSEPH P. RUSSONIELLO
3                                      United States Attorney

4                                      /s

5                                      THOMAS R. GREEN
                                       Assistant United States Attorney
6
                                       /s
7   DATED: September 30, 2009

8                                      DENISE EATON MAY
                                       Attorney for Plaintiff
9

10

11                              **ORDER**

12   The case management schedule is revised to reflect the following new case deadlines:

13   10.   Mediation                    January 26, 2010

14   11.   Fact Discovery               April 30, 2010

15   12.   Initial Expert Disclosure    May 7, 2010

16   13.   Rebuttal Expert Disclosure   May 21, 2010

17   14.   Expert Discovery             June 4, 2010

18   15.   Dispositive Motion Filing    July 13, 2010

19   16.   Dispositive Motion Hearing   August 17, 2010

20   17.   Pretrial Conference          November 16, 2010

21   18.   Trial                        ~~December 7, 2010~~  December 6, 2010 at 8:30AM

22   **IT IS SO ORDERED.**

23

24   Dated: ____October 5, 2009____

25

26   ELIZAB[...]
     United Sta[...]
27

28                              3

IT IS SO ORDERED
AS MODIFIED

Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA