**DENISE EATON MAY (SBN 116780)**
Attorney at Law
14895 E.14th Street, Suite 130
San Leandro, CA 94578
Tel.:   510.888.1345
Fax:   510.888.1655

Attorney for Plaintiff
GURMINDER SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMINDER SINGH<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, U.S. POSTAL SERVICE,<br><br>    Defendant. | Case No.:  C 08-4337 EDL<br><br>**REQUEST FOR DISMISSAL**<br><br>**Filed:**<br><br>**Trial:** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** that Plaintiff, Gurminder Singh, requests a dismissal of all actions with prejudice from the above-entitled action.

//

//

//

//

DATED: April 16, 2010                                    Respectfully submitted,


                                                                         /s/ *Denise Eaton May*
                                                                         Denise Eaton May, Attorney for Plaintiff
                                                                         AMBER ANGELINE

// IT IS SO ORDERED.

    Dated:  April 21, 2010                             *Elizabeth D. Laporte*
                                                                         ELIZABETH D. LAPORTE
                                                                         [1]United States Magistrate Judge

**G. Singh – Request for Dismissal**